**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Kotowicz, Keith A. | ) | CASE NO. 15-04441 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

### CERTIFICATE OF SERVICE

      I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on April 14, 2016.

Cindy M. Johnson                                                                  /s/ Cindy M. Johnson
140 S. Dearborn St.
Suite 1510
Chicago, IL 60603
312-345-1306

### SERVICE LIST

#### Electronic Mail Notice List

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Merid T Mekonnen    ndil@geracilaw.com
- Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com
- Lizette Villegas    ndil@geracilaw.com

#### Manual Notice List

See Attached

# MANUAL SERVICE LIST

Keith A. Kotowicz
9 Salem Drive
Joliet, IL  60436

ACL INC.
IN CARE OF FALLS COLLECTION SERVICE
PO BOX 668
GERMANTOWN, WI 53022-0668

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

CAPITAL ONE, N.A.
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

COMENITY BANK/Carsons
Attn: Bankruptcy Dept.
3100 Easton Square Pl
Columbus,OH 43219-6232

Capital ONE Retail CARD Servic
C/O THE Bureaus INC
1717 Central St
Evanston,IL 60201-1507

Chicago Anesthesia Assoc
C/o Certified Services, Inc.
PO Box 177
Waukegan,IL 60079-0177

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Experian
Attn: Bankruptcy Dept.
PO Box 2002
Allen,TX 75013-2002

Harvard Collection Services
Bankruptcy Department
4839 N. Elston Ave.
Chicago,IL 60630-2534

ACL  INC.
C/O Falls Collection SVC
Po Box 668
Germantown,WI 53022-0668

Advocate Illinois Masonic Medical
Bankruptcy Dept.
PO Box 4247
Carol Stream,IL 60197-4247

Bureaus Investment Group Portfolio No 15 LLC
c/o Recovery Management Systems Corp
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

CBNA
Attn: Bankruptcy Dept.
Po Box 6189
Sioux Falls,SD 57117-6189

COMENITY BANK/Vctrssec
Attn: Bankruptcy Dept.
Po Box 182789
Columbus,OH 43218-2789

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Clinical Neurosciences
Bankruptcy Dept.
8 S Michigan Ave, Suite 1505
Chicago,IL 60603-3364

Discover FIN SVCS LLC
Attn: Bankruptcy Dept.
Po Box 15316
Wilmington,DE 19850-5316

GI Solutions of Illinois, LLC
Bankruptcy Dept.
7447 W Talcott, Suite 209
Chicago,IL 60631-3713

Illinois Collection SE
Attn: Bankruptcy Dept.
8231 185Th St Ste 100
Tinley Park,IL 60487-9356

Capital ONE BANK USA N
Attn: Bankruptcy Dept.
15000 Capital One Dr
Richmond,VA 23238

Advocate Medical Group
Bankruptcy Department
PO Box 92523
Chicago,IL 60675-2523

CAP1/Bstby
Attn: Bankruptcy Dept.
26525 N Riverwoods Blvd
Mettawa,IL 60045-3440

CBNA
Attn: Bankruptcy Dept.
Po Box 6283
Sioux Falls,SD 57117-6283

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Certified Services INC
Attn: Bankruptcy Dept.
1733 Washington St Ste 2
Waukegan,IL 60085-5192

Creditors Discount & A
Attn: Bankruptcy Dept.
415 E Main St
Streator,IL 61364-2927

Equifax
Attn: Bankruptcy Dept.
PO Box 740241
Atlanta,GA 30374-0241

Grant & Weber
Attn: Bankruptcy Dept.
8880 W Sunset Rd # 275
Las Vegas,NV 89148-5333

Keynote Consulting
Attn: Bankruptcy Dept.
220 W Campus Dr Ste 102
Arlington Heights,IL 60004-1498

| | | |
|---|---|---|
| Kohls/Capone<br>Attn: Bankruptcy Dept.<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls,WI 53051-7096 | Lake Shore Gastroenterology<br>Bankruptcy Dept.<br>PO Box 7630<br>Gurnee,IL 60031-7002 | Merchants Credit Guide<br>Attn: Bankruptcy Dept.<br>223 W Jackson Blvd Ste 4<br>Chicago,IL 60606-6914 |
| Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 | Midwest Imaging Professionals<br>Bankruptcy Dept.<br>PO Box 371863<br>Pittsburgh,PA 15250-7863 | Northshore Pathology Consultants<br>Bankruptcy Dept.<br>Dept 77-9277<br>Chicago,IL 60678-0001 |
| Northwest Collectors<br>Attn: Bankruptcy Dept.<br>3601 Algonquin Rd Ste 23<br>Rolling Meadows,IL 60008-3143 | Orthopaedic and Rehabilition<br>Bankruptcy Dept.<br>32705 Collection Center Dr<br>Chicago,IL 60693-0001 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Presence Health<br>62314 Collections Center Dr.<br>Chicago, IL 60693-0001 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | State Collection Servi<br>Attn: Bankruptcy Dept.<br>2509 S Stoughton Rd<br>Madison,WI 53716-3314 |
| Syncb/Dicks<br>Attn: Bankruptcy Dept.<br>Po Box 965005<br>Orlando,FL 32896-5005 | Syncb/JCP<br>Attn: Bankruptcy Dept.<br>Po Box 965007<br>Orlando,FL 32896-5007 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 |
| TD BANK USA/Targetcred<br>Attn: Bankruptcy Dept.<br>Po Box 673<br>Minneapolis,MN 55440-0673 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | The Skin Care Center<br>Bankruptcy Dept.<br>900 N Westmoreland Rd, Suite 222<br>Lake Forest,IL 60045-1694 |
| Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester,PA 19022-1023 | WFDS/WDS<br>Bankruptcy Department<br>PO Box 1697<br>Winterville,NC 28590-1697 | Wells Fargo Bank, N.A., d/b/a WFDS<br>P.O. Box 19657<br>Irvine, CA 92623-9657 |
| Gilberto Noriega Sr.<br>6434 N. Hoyne<br>Unit# 2nd Floor<br>Chicago, IL 60645-5602 | Lizette Villegas<br>Geraci Law L.L.C.<br>55 E. Monroe St. #3400<br>Chicago, IL 60603-5920 | Merid T Mekonnen<br>Geraci Law L.L.C.<br>55 E. Monroe St. Suite #3400<br>Chicago, IL 60603-5920 |
| Olga G. Noriega<br>6434 N. Hoyne<br>Unit# 2nd Floor<br>Chicago, IL 60645-5602 | (d)Portfolio Recovery Associates, LLC<br>Successor to CitiBank, N.A.<br>(SEARS PREMIER CARD  & Sears Gold Card)<br>POB 41067<br>Norfolk, VA 23541 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 |