UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Kotowicz, Keith A. | ) | CASE NO. 15-04441 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

## CERTIFICATE OF SERVICE

      I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on May 8, 2017.

Cindy M. Johnson                         /s/ Cindy M. Johnson
140 S. Dearborn St.
Suite 1510
Chicago, IL 60603
312-345-1306

## SERVICE LIST

### Electronic Mail Notice List

- Robert N Honig    robert@roberthonig.com, r50690@notify.bestcase.com
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

### Manual Notice List

See Attached

<u>Service List for Mailing</u>

Keith A. Kotowicz
9 Salem Dr.
Joliet, IL 60436-1527

Center for Dental Implants
Oral & Facial Surgery
10713 West 159th Street
Orland Park, IL 60467-4531

Joseph & Bonnie Kotowicz
7503 RoyalCrest Dr.
Ellenton, FL 34222-3858

Meredity Keen
1023 Oak St
Sugar Grove, IL 60554-9306

Palisades Collections
210 Sylvan Ave.
Englewood Cliffs, NY 07632-2524

Wyndham Vacation Ownership
10750 W. Charles Blvd
Ste 130
LasVegas, NV 89135

Citibank
POB 6241
Sioux Falls, SD 57117-6241

Kohl's Payment Center
POB 2983
Milwaukee, WI 53201-2983

Nicor Gas
POB 5407
Carol Stream, IL 60197-5407

Paula McConnell
5317 Drake Ln
Matteson, IL 60443-1613

(p)WYNDHAM CONSUMER FINANCE INC
P O BOX 97474
LAS VEGAS NV 89195-0001

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

ComEd
Bill Payment Center
Chicago, IL 60639-2513

Meredith Keen
1023 Oak St
Sugar Grove, IL 60554-9306

Palisades Collection, LLC
c/o Blatt Hasenmiller et al
10 S. LaSalle St., Ste 2200
Chicago, IL 60603-1069

State Farm Mutual Auto Ins Co
c/o Yudkin and Brebner, PLLC
860 Northpoint Blvd
Waukegan, IL 60085-8211

nicor gas
po box 549
Aurora il 60507-0549