# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
§
Keith A. Kotowicz § Case No. 15-04441
§
§
_____Debtor_____ §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 4,689.21 *(Without deducting any secured claims)* | Assets Exempt: 9,600.00 |
| Total Distributions to Claimants: 6,108.44 | Claims Discharged Without Payment: 59,906.70 |
| Total Expenses of Administration: 1,928.23 | |

3) Total gross receipts of $ 8,036.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 8,036.67 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,928.23 | 1,928.23 | 1,928.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 65,960.56 | 27,849.26 | 27,849.26 | 6,108.44 |
| **TOTAL DISBURSEMENTS** | $ 65,960.56 | $ 29,777.49 | $ 29,777.49 | $ 8,036.67 |

4) This case was originally filed under chapter 7 on 02/11/2015 . The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/12/2018            By:/s/Cindy M. Johnson, Trustee
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobiles, trucks, trailers, and other vehicles and access | 1129-000 | 8,000.00 |
| IL Treasurer-unclaimed property | 1229-000 | 36.67 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,036.67** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 1,553.67 | 1,553.67 | 1,553.67 |
| Cindy M. Johnson | 2200-000 | NA | 127.35 | 127.35 | 127.35 |
| Adams Levine | 2300-000 | NA | 5.18 | 5.18 | 5.18 |
| International Sureties, Ltd. | 2300-000 | NA | 2.44 | 2.44 | 2.44 |
| Bank of Kansas City | 2600-000 | NA | 229.12 | 229.12 | 229.12 |
| BOK Financial | 2600-000 | NA | 10.47 | 10.47 | 10.47 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,928.23 | $ 1,928.23 | $ 1,928.23 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Meredith Keen 1023 Oak St. Sugar Grove, IL 60554 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Center for Dental Implants Oral & Facial Surgery 10713 West 159th Street Orland Park, IL 60467 | | 1,028.20 | NA | NA | 0.00 |
| | Citibank PO Box 6241 Sioux Falls SD 57117-6241 | | 2,185.00 | NA | NA | 0.00 |
| | ComEd Bill Payment Center Chicago, IL 60639-2513 | | 436.34 | NA | NA | 0.00 |
| | Palisades Collection, LLC c/o Blatt Hasenmiller et al 10 S. LaSalle St., Ste 2200 Chicago, IL 60603 | | 2,765.24 | NA | NA | 0.00 |
| | Palisades Collections 210 Sylvan Ave. Englewood Cliffs, NJ 07632 | | 2,033.00 | NA | NA | 0.00 |
| | Paula McConnell 5317 Drake Ln Matteson, IL 60443 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Farm Mutual Auto Ins Co c/o Yudkin and Brebner, PLLC 860 Northpoint Blvd Waukegan, IL 60085 | | 15,668.53 | NA | NA | 0.00 |
| | United Guaranty Residential Ins Co c/o Law off of Kevin M. Kelly PC 29 N. Wacker Dr., Ste. 603 Chicago, IL 60606 | | 12,998.57 | NA | NA | 0.00 |
| | Wyndham Vacation Ownership 10750 W. Charleston Blvd Ste. 130 Las Vegas, NV 89135 | | 1,051.00 | NA | NA | 0.00 |
| 3 | Capital One, N.A. | 7100-000 | 306.84 | 348.10 | 348.10 | 76.36 |
| 1 | Joseph & Bonnie Kotowicz | 7100-000 | 27,000.00 | 27,000.00 | 27,000.00 | 5,922.16 |
| 2 | Nicor Gas | 7100-000 | 487.84 | 501.16 | 501.16 | 109.92 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 65,960.56 | $ 27,849.26 | $ 27,849.26 | $ 6,108.44 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-04441 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Keith A. Kotowicz | | | | Date Filed (f) or Converted (c): | 02/11/2015 (f) |
| | | | | | 341(a) Meeting Date: | 03/09/2015 |
| For Period Ending: | 01/12/2018 | | | | Claims Bar Date: | 01/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 25.00 | 25.00 | | 0.00 | FA |
| 2. Checking, savings or other financial accounts, certificates | 266.44 | 266.44 | | 0.00 | FA |
| 3. Checking, savings or other financial accounts, certificates | 4.21 | 4.21 | | 0.00 | FA |
| 4. Household goods and furnishings, including audio, video, and | 585.00 | 585.00 | | 0.00 | FA |
| 5. Wearing apparel. | 200.00 | 200.00 | | 0.00 | FA |
| 6. Accounts receivable | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 7. Automobiles, trucks, trailers, and other vehicles and access | 18,000.00 | 15,600.00 | | 8,000.00 | FA |
| 8. Automobiles, trucks, trailers, and other vehicles and access | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 9. Machinery, fixtures, equipment, and supplies used in busines | 100.00 | 100.00 | | 0.00 | FA |
| 10. IL Treasurer-unclaimed property (u) | 0.00 | 36.67 | | 36.67 | FA |
| INT. Void (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $24,680.65 $22,317.32 $8,036.67 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigated possible fraudulent transfer of Silverado. Unable to locate transferee. Trustee is reviewing claims and will be filing a TFR.

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Cash on hand (approximate) |
| RE PROP # | 2 | -- | Checking Account No. -2659<br>TCF National Bank<br>Burr Ridge, IL |
| RE PROP # | 3 | -- | Savings Account No. -3789<br>TCF National Bank<br>Burr Ridge, IL |
| RE PROP # | 4 | -- | Usual and typical household items including 2 sofas, 1 kitchen table set, 2 lamps, 2 coffee tables, 2 televisions, 1 DVD player, 1 stereo, 2 beds, 2 nightstands/dressers, 1 household tool, 1 lawnmower, 1 patio set, computer. |
| RE PROP # | 5 | -- | Usual and typical used clothing |
| RE PROP # | 6 | -- | Note receivable from Matthew Tidwell, 1407 N. May St., Joliet, IL 60435<br>Balance is approximately $4,000. (Tidwell not responding - insufficient value to sue)<br>No written agreement, but parties had agreed that in lieu of payments, tidwell would perform independent contractor services for Debtor. |
| RE PROP # | 7 | -- | 2009 Ford F350 tow truck (value per appraisal) - Debtor buyout approved 7/1/16 docket 33 |
| RE PROP # | 8 | -- | 2013 Suretrac Car trailer |
| RE PROP # | 9 | -- | various hand tools |
| RE PROP # | 10 | -- | Monies held by the Illinois Treasurer - unclaimed property division |

Initial Projected Date of Final Report (TFR): 03/30/2017     Current Projected Date of Final Report (TFR): 02/28/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-04441 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Keith A. Kotowicz | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0088 |
| | Checking |
| Taxpayer ID No: XX-XXX5100 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/22/15 | 7 | Joseph J. and Bonnie J. Kotowicz<br>7503 Royal Crest Dr.<br>Ellentown, FL 34222 | Buy out interest in the estate | 1129-000 | $8,000.00 | | $8,000.00 |
| 06/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,990.00 |
| 07/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.87 | $7,978.13 |
| 08/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.85 | $7,966.28 |
| 09/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.45 | $7,954.83 |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.82 | $7,943.01 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.42 | $7,931.59 |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.78 | $7,919.81 |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.73 | $7,908.08 |
| 02/18/16 | 101 | Adams Levine<br>370 Lexington Ave.<br>Suite 1101<br>New York, NY 10017 | 2016 Blanket Bond Reversal Check Voided due to miscalculation of premium amount | 2300-000 | | ($4.58) | $7,912.66 |
| 02/18/16 | 101 | Adams Levine<br>370 Lexington Ave.<br>Suite 1101<br>New York, NY 10017 | 2016 Blanket Bond | 2300-000 | | $4.58 | $7,908.08 |

Page Subtotals: $8,000.00    $91.92

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: 15-04441 | | Trustee Name: | Cindy M. Johnson, Trustee |
| Case Name: Keith A. Kotowicz | | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0088 |
| | | | Checking |
| Taxpayer ID No: XX-XXX5100 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 01/12/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/18/16 | 102 | Adams Levine<br>370 Lexington Ave.<br>Suite 1101<br>New York, NY 10017 | 2016 Blanket Bond | 2300-000 | | $5.18 | $7,902.90 |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.96 | $7,891.94 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.69 | $7,880.25 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.30 | $7,868.95 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.66 | $7,857.29 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.27 | $7,846.02 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.62 | $7,834.40 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.61 | $7,822.79 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.22 | $7,811.57 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.57 | $7,800.00 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.18 | $7,788.82 |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.54 | $7,777.28 |

Page Subtotals: $0.00 $130.80

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-04441 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Keith A. Kotowicz | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0088 |
| | Checking |
| Taxpayer ID No: XX-XXX5100 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/13/17 | 10 | Susana A Mendoza on the Treasurer of the state of IL | IL Treasurer-unclaimed property Monies held by the Illinois Treasurer - unclaimed property division | 1229-000 | $36.67 | | $7,813.95 |
| 01/31/17 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.58 | $7,802.37 |
| 02/21/17 | 103 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | 2017 Blanket Bond | 2300-000 | | $2.44 | $7,799.93 |
| 02/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.47 | $7,789.46 |
| 06/06/17 | 104 | Cindy M. Johnson 140 S. Dearborn St., Suite 1510 Chicago, Illinois 60603 | Distribution | | | $1,681.02 | $6,108.44 |
| | | Cindy M. Johnson | Final distribution representing a payment of 100.00 % per court order.  ($1,553.67) | 2100-000 | | | |
| | | Cindy M. Johnson | Final distribution representing a payment of 100.00 % per court order.  ($127.35) | 2200-000 | | | |
| 06/06/17 | 105 | Joseph & Bonnie Kotowicz 7503 Royalcrest Dr. Ellenton, Fl 34222 | Final distribution to claim 1 representing a payment of 21.93 % per court order. | 7100-000 | | $5,922.16 | $186.28 |
| 06/06/17 | 106 | Nicor Gas Po Box 549 Aurora Il 60507 | Final distribution to claim 2 representing a payment of 21.93 % per court order. | 7100-000 | | $109.92 | $76.36 |
| 06/06/17 | 107 | Capital One, N.A. C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 3 representing a payment of 21.93 % per court order. | 7100-000 | | $76.36 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $8,036.67 | $8,036.67 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $36.67 | $7,813.95 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

| | | |
|---|---:|---:|
| Subtotal | $8,036.67 | $8,036.67 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,036.67 | $8,036.67 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0088 - Checking | $8,036.67 | $8,036.67 | $0.00 |
|  | $8,036.67 | $8,036.67 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,036.67 |
| Total Gross Receipts: | $8,036.67 |

Page Subtotals:　　　　　　$0.00　　　　$0.00